UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-cv-01445-FWS-JDE                              Date: October 3, 2024
Title: Juvenal Rodriguez v. FCA US LLC

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

|  Melissa H. Kunig  | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                    Attorneys Present for Defendant:

Not Present                                                          Not Present

**PROCEEDINGS: ORDER TO SHOW CAUSE RE JOINT STATUS REPORT**

On September 16, 2024, the court issued an order granting the parties' Stipulation to Modify the Case Schedule and modifying the scheduling order accordingly. (Dkt. 75.) In addition, the court ordered the parties to file a joint status report regarding the status of the parties' pending settlement agreement every fourteen days, with the first joint status report due on September 30, 2024. (*Id.*) As of the date of this Order, October 2, 2024, the parties have failed to file a joint status report. (*See generally* Dkt.) Therefore, the parties are **ORDERED TO SHOW CAUSE** in writing **by October 7, 2024**, why sanctions, including monetary sanctions, should not issue. The parties may discharge this Order to Show Cause by filing a joint status report regarding the status of the parties' settlement agreement.[1]

Failure to adequately comply with the Order to Show Cause may result in sanctions being imposed. These sanctions may include monetary sanctions and/or dismissing the action. *See Wong v. Regents of Univ. of Cal.*, 410 F.3d 1052, 1060 (9th Cir. 2005) ("Parties must understand that they will pay a price for failure to comply strictly with scheduling and other orders, and that failure to do so may properly support severe sanctions and exclusions of evidence."); *Fink v. Gomez*, 239 F.3d 989, 994 (9th Cir. 2001) ("[S]anctions are available if the court specifically finds bad faith or conduct tantamount to bad faith . . . [or] for a variety of types of willful actions, including recklessness when combined with an additional factor such as frivolousness, harassment, or an improper purpose."); L.R. 83-7 ("The violation of or failure to

---

[1] Subsequent status reports will due **fourteen (14) days** from the date the parties submit this joint status report.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-cv-01445-FWS-JDE  Date: October 3, 2024
Title: Juvenal Rodriguez v. FCA US LLC

conform to any of these Local Rules may subject the offending party or counsel to: (a) monetary sanctions, if the Court finds that the conduct was willful, grossly negligent, or reckless; (b) the imposition of costs and attorneys' fees to opposing counsel, if the Court finds that the conduct rises to the level of bad faith and/or a willful disobedience of a court order; and/or (c) for any of the conduct specified in (a) and (b) above, such other sanctions as the Court may deem appropriate under the circumstances.").

**IT IS SO ORDERED.**