GREGORY P. GILMER, Bar No. 212067
greg.gilmer@kleinthomaslaw.com
KRISTYN WONG, Bar No. 346644
kristyn.wong@kleinthomaslaw.com
**KLEIN THOMAS LEE & FRESARD**
1920 Main St., Ste. 230
Irvine, California 92614
Tel: (949) 676-4570

*Attorneys for Defendant FCA US LLC*

Robert L. Starr, Bar No. 183052
robert@starrlaw.com
**THE LAW OFFICE OF ROBERT L. STARR**
23901 Calabasas Rd., Suite 2072
Calabasas, California 91302
Tel: (818) 225-9040 / Fax: (818) 225-9042

*Attorneys for Plaintiff Juvenal Rodriguez*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL RODRIGUEZ, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US, LLC,<br><br>Defendant. | CASE NO. 8:22-cv-01445-FWS-JDE<br><br>Assigned to Hon. Fred W. Slaughter<br><br>**NOTICE OF SETTTLEMENT AND STIPULATION TO TRANSFER FOR SETTLEMENT PURPOSES** |

Plaintiff Juvenal Rodriguez ("Plaintiff") and Defendant FCA US, LLC ("Defendant" or "FCA") (collectively "the Parties"), through their respective undersigned counsel, hereby notify the Court, pursuant to L.R. 40-2, that this matter has settled.

Further, the Parties hereby request and stipulate, subject to Court approval, to transfer this matter to the docket of Judge Fernando M. Olguin for the sole purpose of preliminary and final settlement approval in conjunction with *Ebony Thompson v. FCA, US LLC*, Case No. 2:21-cv-09815-FMO-MRW, a related action pending before Judge Olguin, that is settling together with the *Rodriguez* action. The Parties anticipate sending one settlement notice for both cases. A transfer for settlement purposes will preserve judicial resources and allow one court to preside over the joint settlement of both cases.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that:

1. The above matter is transferred to Judge Olguin for settlement purposes only and is deemed related to *Ebony Thompson v. FCA, US LLC*, Case No. 2:21-cv-09815-FMO-MRW.

Dated: November 14, 2024  **KLEIN THOMAS LEE & FRESARD**

By: */s/ Kristyn Wong*

*Attorneys for Defendant FCA US LLC*

Dated: November 14, 2024  **POMERANTZ LLP**

By: */s/ Ari Y. Basser*
Ari Y. Basser
Jordan L. Lurie

**FRONTIER LAW CENTER**
Manny Starr
Adam Rose

1
**NOTICE OF SETTLEMENT AND STIPULATION TO TRANFER FOR SETTLEMENT PURPOSES**

1   **THE LAW OFFICE OF ROBERT L. STARR**
    Robert L. Starr
2
3   *Attorneys for Plaintiff Juvenal Rodriguez*

4   \*\*\*I, Ari Y. Basser, attest that all other signatories listed, and on whose behalf the
5   filling is submitted, concur in the filing's content and have authorized the filing.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By:  */s/ Ari Y. Basser*